JUSTIN D. WHATCOTT, IDAHO STATE BAR NO. 6444
ACTING UNITED STATES ATTORNEY
HEATHER S. PATRICCO, DISTRICT OF COLUMBIA BAR NO. 465883
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211

**U.S. COURTS**

**JUL 0 8 2025**

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MISAEL MANCILLA, a/k/a<br>MISAEL MAURICIO MANCILLA<br>CHACON,<br><br>Defendant. | Case No. 1:25-cr-207-DCN<br><br>**INDICTMENT**<br><br>18 U.S.C. § 1546(b)(3) |

The Grand Jury charges:

<u>**COUNT ONE**</u>

**Use of a False Statement in an Immigration Matter**
**18 U.S.C. § 1546(b)(3)**

On or about November 8, 2024, in the District of Idaho, the Defendant, MISAEL MANCILLA, A/K/A MISAEL MAURICIO MANCILLA CHACON, for the purpose of satisfying a requirement of the employment verification system set forth in subsection 1324a(b) of Title 8 of the United States Code, used a false attestation on an United States Citizenship and Immigration

**INDICTMENT - 1**

Services (USCIS) Form I-9, specifically, that he was a lawful permanent resident of the United States, knowing that the said attestation was false in that he was not a lawful permanent resident of the United States, in violation of Title 18, United States Code, Section 1546(b)(3).

Dated this 8th day of July 2025.

A TRUE BILL

/s/ [signature on reverse]
_____
FOREPERSON

JUSTIN D. WHATCOTT
ACTING UNITED STATES ATTORNEY
By:

HEATHER S. PATRICCO
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT - 2**